# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2014-0355, <u>Patricia Donovan v. Desire Belmore</u>, the court on February 19, 2015, issued the following order:**

Having considered the brief filed by the petitioner, Patricia Donovan, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). The petitioner appeals an order of the Superior Court (<u>Nicolosi</u>, J.) that denies her motion to reopen a 2012 stalking petition case. We affirm.

It is the burden of the appealing party, here the petitioner, to provide this court with a record sufficient to decide her issues on appeal. <u>See</u> <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004); <u>see</u> <u>also</u> <u>Sup. Ct. R.</u> 13. The petitioner has failed to do so. The record on appeal does not include a transcript of the circuit court simple assault trial or a transcript of the superior court stalking petition trial. Nor does it include the circuit court's orders in the simple assault matter or the superior court's orders in the stalking matter. Although the record includes the order from which the petitioner appeals, it does not include a transcript of the April 2014 hearing, which preceded the order. Absent a sufficient record, we must assume that the evidence supports the result reached by the trial court, <u>see</u> <u>Bean</u>, 151 N.H. at 250, and we review the trial court's order only for errors of law, <u>see</u> <u>McSherry v. McSherry</u>, 135 N.H. 451, 454 (1992). Because the petitioner has not persuaded us that the trial court committed any errors of law, we affirm its decision. <u>See</u> <u>Gallo v. Traina</u>, 166 N.H. ___, ___, 103 A.3d 1183, 1186 (2014) (holding that the appealing party has the burden to demonstrate reversible error).

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**